UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00188-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

RICHARD COX,

 Defendant.

_____

**ORDER**
_____

 This matter is before the Court upon review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Friday, June 23, 2006**, and responses to these motions shall be filed by **Friday, July 7, 2006**.  It is

 FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, July 13, 2006, at 1:30 p.m.**  It is

 FURTHER ORDERED that a five-day jury trial is set to commence on **Monday, July 24, 2006, at 9:00 a.m.**

 Dated:  June 9, 2006

           BY THE COURT:

           s/ Wiley Y. Daniel
           Wiley Y. Daniel
           U. S. District Judge