UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00188-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD COX,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Unopposed Motion to Continue Trial for Extended Period in which to File Pretrial Motions [# 21], filed June 12, 2006. In the motion, counsel for Defendant indicates that a continuance is sought in this case because (1) "there is a good faith basis to believe that possible issues of mental health and mental condition of the Defendant bearing on his potential guilt exists and, therefore, undersigned counsel is in the process of retaining an expert in the area of psychology or psychiatry to evaluate and test the Defendant" (Mot. at 2) and (2) counsel believes that significant investigation in Southwest Colorado needs to be conducted prior to filing pre-trial motions, which will necessitate travel by counsel and counsel's investigator. Counsel states that he is authorized to report that the Government has no objection to granting a continuance.

The Court, having reviewed the motion and being fully advised in the premises, hereby **GRANTS** Defendant's Unopposed Motion to Continue Trial, pursuant to 18

U.S.C. § 3161(h)(8)(A) and (B)(iv).  I find that the failure to grant a continuance in this case, which I do not at this time find to be complex, would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, defense counsel has indicated that he will not have time to prepare for this case because he entered his appearance with only 47 days remaining on the speedy trial time limit provided by 18 U.S.C. § 3161(c)(1), that an evaluation of Defendant's mental health needs to be conducted, and that additional time is needed for an investigation to take place in Southwest Colorado.  I further find that the ends of justice served by an additional continuance in this case outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Unopposed Motion to Continue Trial for Extended Period in which to File Pretrial Motions [# 21], filed June 12, 2006, is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

FURTHER ORDERED that all pretrial motions shall be filed by **Monday, September 11, 2006**, and responses to these motions shall be filed by **Monday, October 2, 2006**.  It is

FURTHER ORDERED that a hearing on pending motions and status conference are scheduled for **Thursday, October 12, 2006, at 10:00 a.m.**  The case will be set for trial at that time.  It is

FURTHER ORDERED that the final trial preparation conference set for July 13,

2006, at 1:30 p.m. is **VACATED**.  It is

FURTHER ORDERED that the trial scheduled to commence on July 24, 2006, is **VACATED**.

Dated:  June 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge