UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00188-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD COX,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon review of the Defendant's Unopposed Motion for Review of the Magistrate's Detention Order, the Government's Response, and the file. After reviewing all of the above, this Court finds that the Motion for Review should be granted. IT IS THEREFORE ORDERED that Defendant Richard Cox be released on the following conditions precedent:

    a.    That Defendant post a reasonable corporate surety bond in the amount of $10,000.00;

    b.    That Defendant be released from custody in the Jefferson County Jail to the third party custody of his wife who shall immediately and directly travel to the Meadows treatment facility. Defendant's wife shall notify the Court and counsel immediately should Defendant abscond from her custody. Defendant is required to have a responsible individual at the Meadows treatment facility notify Pretrial Services in Denver of his arrival and that he has been admitted into the facility.

      c.      Defendant shall remain at the Meadows until he completes the program and is discharged by a physician.  Within a reasonable time prior to his discharge, Defendant must provide notice to the Pretrial Services Agency and the Government in order to allow the Government to speak with his treating physician and to object to release if deemed appropriate;

      d.      That after re-assessment by his physicians at the Meadows facility, Defendant may be released to the third party custody of his wife who shall immediately and directly travel to his home in Kerrville, Texas.  Defendant's wife shall notify the Court and counsel immediately should Defendant abscond from her custody;

      e.      That Defendant shall report on a regular basis to a Pretrial Services Officer in San Antonio, Texas or the closest supervising agency;

      f.      That Defendant not travel outside of Kerrville, Texas, other than for purposes of reporting to the USPO or for treatment as deemed necessary;

      g.      That as a condition of Defendant's release, he is prohibited from the consumption of nonprescription medication, controlled substances or alcohol, maintaining regular appointments with a treating psychologist or psychologist, and disposing of all firearms in his house while this case is pending.  Further, Defendant is to provide to his pretrial services officer written evidence that he has disposed of or transferred possession of all of the firearms which he possesses and/or owns to an uninterested third party;

      h.      That Defendant is precluded from having any contact, direct or indirect, with his father-in-law and his family aside from Defendant's wife and children; and

      i.      That Defendant be required to submit to alcohol and drug testing while on pretrial release.

Defendant is also required to comply with any and all other conditions that may be imposed by this Court or Pretrial Services.

Dated: August 15, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel  
                                      Wiley Y. Daniel  
                                      U. S. District Judge