UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00188-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD COX,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Unopposed Motion to Extended Period in which to File Pretrial Motions and Motions Hearing Date [# 33], filed August 22, 2006.  In the motion, counsel for Defendant indicates that a continuance is sought in this case because "there is a good faith basis to believe that possible issues of mental health and mental condition of the Defendant bearing on his potential guilt exists.  In that regard, undersigned counsel has retained an expert in the area of psychiatry to evaluate and test the Defendant."  Mot. at 2, ¶ 5.  Further, one of the bond conditions for Defendant's release was his psychiatric treatment and evaluation at Meadows in Arizona, which counsel reports could last six weeks.  Defense counsel further states that he is authorized to report that the Government has no objection to granting a continuance.

The Court, having reviewed the motion and being fully advised in the premises, hereby **GRANTS** Defendant's Unopposed Motion to Extended Period in which to File

Pretrial Motions and Motions Hearing Date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  I find that the failure to grant a continuance in this case, which I do not at this time find to be complex, would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, defense counsel has indicated that an evaluation of Defendant's mental health needs to be conducted before this case can proceed.  I further find that the ends of justice served by an additional continuance in this case outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Unopposed Motion to Extended Period in which to File Pretrial Motions and Motions Hearing Date is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

FURTHER ORDERED that all pretrial motions shall be filed by **Monday, November 20, 2006**, and responses to these motions shall be filed by **Monday, December 4, 2006**.  It is

FURTHER ORDERED that the hearing on pending motions and status conference scheduled for Thursday, October 12, 2006, at 10:00 a.m. is **VACATED and RESET** to **Monday, December 18, 2006, at 10:00 a.m.**  The case will be set for trial at that time.

Dated: August 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge