UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00188-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RICHARD COX,

     Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Unopposed Motion to Extend Period in which to File Pretrial Motions and Motions Hearing Date [# 38], filed November 9, 2006.  In the motion, counsel for Defendant indicates that a continuance is sought in this case because "there is a good faith basis to believe that possible issues of mental health and mental condition of the Defendant bearing on his potential guilt exists and because a disposition of this case is likely to occur within the next 180 days if certain conditions are met during that time."

In that regard, Defendant is currently under the supervision of a psychiatrist, therapist, and on supervised release.  Defendant's condition is being monitored as well as his response to prescribed mediation and mental health treatment.  Defense counsel and Government counsel believe that within 180 days there will be a disposition in this case obviating the need for filing of pretrial motions or hearing on same.  (Mot. at 3.) Defense counsel further states that he is authorized to report that the Government has

no objection to granting a continuance and counsel for the Government stated the same at the status conference hearing held on November 2, 2006.

The Court, having reviewed the motion and being fully advised in the premises, hereby **GRANTS** Defendant's Unopposed Motion to Extend Period in which to File Pretrial Motions and Motions Hearing Date, pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B)(iv).  I find that the failure to grant a continuance in this case, which I do not at this time find to be complex, would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv).  Specifically, defense counsel has indicated that the continued evaluation of Defendant's mental health needs to be conducted before this case can proceed.  I further find that the ends of justice served by an additional continuance in this case outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B)(iv).  Based on the foregoing, it is

ORDERED that Defendant's Unopposed Motion to Extend Period in which to File Pretrial Motions and Motions Hearing Date is GRANTED pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

FURTHER ORDERED that all pretrial motions shall be filed by Friday, May 25, 2007, and responses to these motions shall be filed by Wednesday, June 6, 2007.  It is

FURTHER ORDERED that the hearing on pending motions scheduled for Monday, December 18, 2006, at 10:00 a.m. is **VACATED** and **RESET** to **Friday, June 15, 2007,** at **9:00 a.m.**  The case will be set for trial at that time.

Dated:  November 15, 2006

BY THE COURT:


s/ Wiley Y. Daniel_____
Wiley Y. Daniel
U. S. District Judge